FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MORIA S.,[1]<br><br>    Plaintiff,<br><br>  v.<br><br>LELAND DUDEK, ACTING COMMISSIONER OF SOCIAL SECURITY,[2]<br><br>    Defendant. | No: 1:24-cv-03182-RLP<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

---

[1] The court identifies a plaintiff in a social security case by only the first name and last initial in order to protect privacy. *See* LCivR 5.2(c).

[2] On February 18, 2025, Leland Dudek became the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Rules of Civil Procedure, Leland Dudek is substituted for Martin O'Malley as the Defendant in this suit.

ORDER GRANTING STIPULATED MOTION FOR REMAND * 1

BEFORE THE COURT is the parties' Stipulated Motion to Remand, ECF No. 13. The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Remand, **ECF No. 13**, is **GRANTED**.

2. This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Administrative Law Judge (ALJ) will: (1) reconsider the medical opinions as well as Plaintiff's testimony; (2) reevaluate the claimant's maximum RFC and subjective complaints; (3) obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base; (4) offer the claimant the opportunity for a hearing; (5) take further action to complete the administrative record resolving the above issues; (6) reconsider all relevant issues, and (7) issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

//

ORDER GRANTING STIPULATED MOTION FOR REMAND * 2

1  **IT IS SO ORDERED**. The District Court Clerk is directed to enter this
2  Order and provide copies to counsel. Judgment shall be entered for Plaintiff, and
3  the file shall be **CLOSED**.

4  **DATED** March 24, 2025.

```
                          REBECCA L. PENNELL
                          United States District Judge
```

ORDER GRANTING STIPULATED MOTION FOR REMAND * 3